■ KAREN A. HAYES, Respondent, v JAMES F. HAYES, Appellant. (Appeal No. 3.) [821 NYS2d 141]—Appeal from a judgment of the Supreme Court, Erie County (Erin M. Peradotto, J.), entered August 10, 2005. The judgment, among other things, dissolved the marriage of the parties and distributed the marital assets.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM STEVENSON, Appellant, v SUPERINTENDENT OF GROVELAND CORRECTIONAL FACILITY, Respondent. [820 NYS2d 831]—Appeal from a judgment (denominated order) of the Supreme Court, Livingston County (Gerard J. Alonzo, Jr., A.J.), entered October 26, 2004 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see People ex rel. Kendricks v Smith*, 52 AD2d 1090 [1976]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.